UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : No. 5:18-cr-00291-3 |
| | : |
| JETHRO RICHARDSON | : |

**O R D E R**

**AND NOW**, this 19th day of April, 2021, upon consideration of Jethro Richardson's Motion for Compassionate Relief and Reduction of Sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), *see* ECF Nos. 261-262; the Government's opposition thereto, *see* ECF No. 266; Richardson's medical records, *see* ECF No. 267; Richardson's reply, *see* ECF No. 270; and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Motion for Compassionate Relief and Reduction pursuant to 18 U.S.C. § 3582(c)(1)(A), ECF Nos. 261-262, is **DENIED**.

2. Arnold Joseph, Esquire, Joseph & Associates, 1801 Market Street, Suite 2500, Philadelphia, PA 19103, is **APPOINTED** pursuant to 18 U.S.C. § 3006A and Section 220 of the Criminal Justice Act Guidelines to represent Jethro Richardson, the defendant in the above-captioned action, for the purpose of pursuing a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). Said appointment shall be effective nunc pro tunc as of May 27, 2020. *See* ECF No. 241.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge